Irene Karbelashvili (SBN 232223)
12 South First Street, Suite 413
San Jose, CA 95113
Telephone: (408) 295-0137
Facsimile: (408) 295-0142

Kenneth J. Pinto (SBN 221422)
12 South First Street, Suite 713
San Jose, CA 95113
Telephone: (408) 289-1765
Facsimile: (408) 289-1754

Attorneys for Plaintiff
RICHARD C. HENNING

BORTON PETRINI, LLP
Samuel L. Phillips (SBN 127793)
95 South Market Street, Suite 400
San Jose, CA 95113
Telephone: (408) 535-0870
Facsimile: (408) 535-0878
Email: sphillips@bortonpetrini.com

Attorney for Defendants
FRY'S ELECTRONICS, INC., and FAINBARG I LP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD C. HENNING, | Case No.: CV12-6146 HRL |
| Plaintiff, | Assigned to Hon. Howard R. Lloyd |
| vs. | JOINT STIPULATION AND (PROPOSED) ORDER RE EXTENSION OF DEADLINES IN THE CASE MANAGEMENT ORDER |
| FRY'S ELECTRONICS, INC.; FAINBARG I LP; AND DOES 1-20 | |
| Defendants. | |

Pursuant to Local Rules 6-2, 7-12 and 16-2(e), Plaintiff RICHARD C. HENNING ("Plaintiff") and Defendants FRY'S ELECTRONICS, INC. ("Fry's") and FAINBARG I LP ("Fainbarg") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree to the extension of the

- 1 -

deadlines in the Court's Case Management Order as follows. There have been no previous time modifications in the case.

The reason for the continuance is that Plaintiff has requested additional time to respond to discovery. Specifically, Plaintiff left his residence in Los Gatos, California and traveled to Idaho on February 9, 2014 to stay at the Higher Ground therapeutic facility in Ketchum Idaho. Plaintiff made definite reservations regarding his stay and made prepaid travel arrangements. Plaintiff will not return to his home in Los Gatos until April 27, 2014. Consequently, Plaintiff asserts that he is not available to meaningfully participate in discovery until after he returns from Idaho. Plaintiff submits for purposes of this Stipulation only, as **Exhibit A** attached hereto, a letter from Higher Ground, and as **Exhibit B** a declaration from Plaintiff regarding the circumstances in making travel plans and conditions of his stay in Idaho.

Therefore, the Parties agree that the deadlines in the Case Management Order be extended by approximately three (3) months as follows:

Fact discovery cutoff: **June 30, 2014.**

Designation of expert with reports: **July 15, 2014.**

Designation of rebuttal experts with reports: **July 30, 2014.**

Expert discovery cutoff: **August 29, 2014.**

Last day for hearing on dispositive motions: **September 23, 2014, 10:00 a.m.**

Final Pretrial conference: **October 28, 2014, 1:30 p.m.**

In addition, pending discovery shall be stayed two (2) months as follows:

Fry's Response to Plaintiff's Special Interrogatories Set One is due: **May 5, 2014.**

Fry's Response to Plaintiff's Second Request for Production is due: **May 5, 2014.**

Plaintiff's Response to Fry's Request for Production of Documents is due: **May 21, 2014.**

Plaintiff's Response to Fry's Special Interrogatories Set One is due: **May 21, 2014.**

**THE PARTIES SO STIPULATE TO THE EXTENTION OF DEADLINES SET FORTH ABOVE.**

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: 03-25, 2014 | LAW OFFICE OF IRENE KARBELASHVILI |
| 3 | | |
| 4 | | By _____ |
| 5 | | Irene Karbelashvili |
| 6 | | Attorney for Plaintiff |
| 7 | | RICHARD C. HENNING |
| 8 | Dated: 3/25/2014 | LAW OFFICE OF KENNETH J. PINTO |
| 9 | | |
| 10 | | By _____ |
| 11 | | Kenneth J. Pinto |
| 12 | | Attorney for Plaintiff |
| 13 | | RICHARD C. HENNING |
| 14 | Dated: 3/27/14, 2014 | BORTON PETRINI, LLP |
| 15 | | |
| 16 | | By _____ |
| 17 | | SAMUEL L. PHILLIPS |
| 18 | | Attorney for Defendants |
| 19 | | FRY'S ELECTRONICS, INC. and FAINBARG I LP. |
| 20 | | |

PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, THE COURT EXTENDS THE DEADLINES AS SET FORTH ABOVE.

Dated: _____, 2014

_____
The Hon. Howard R. Lloyd
Magistrate Judge
United States District Court
Northern District of California

- 3 -

JOINT STIPULATION AND (PROPOSED) ORDER RE EXTENSION OF DEADLINES IN THE CASE MANAGEMENT ORDER



**HIGHER GROUND**
SUN VALLEY

March 1, 2014

To Whom It May Concern:

This is a letter in support of one of our participants and volunteers, Richard Henning. Richard has been a part of our winter 2014 adaptive programs, and has not only been a great addition to the success of this season, but has also personally gained mental and physical skills through his participation with Higher Ground.

At Higher Ground, our mission is to provide the highest quality therapeutic recreation services to individuals with disabilities through the use of efficacious practices, collaboration with fellow service providers, and a sustainable continuum of care. The HG staff of certified recreation therapists implements unique therapeutic efforts in order to help our participants achieve the highest possible quality of life through outdoor activities and challenges appropriate to individual abilities and needs.

Richard came to us earlier this year hoping to participate in our programming, and through this individualized approach, he has seen tremendous growth physically, mentally, and socially. When not participating, Richard is a wonderful asset in terms of donating his time and efforts to volunteer with our other programs. Richard will continue to be a part of our seasonal therapeutic recreation activities through Sunday, April 27th.

Thank you for your time.

Respectfully,

Kate Weihe
Executive Director
kate@highergroundsv.org

**EXHIBIT A**

```
Irene Karbelashvili, State Bar Number 232223
Law Office of Irene Karbelashvili
12 South First Street, Suite 413
San Jose, CA 95113
Telephone: (408) 295-0137
Fax: (408) 295-0142

Kenneth J. Pinto, State Bar Number 221422
Law Office of Kenneth J. Pinto
12 South First Street, Suite 713
San Jose, CA 95113
Telephone: (408) 289-1765
Fax: (408) 289-1754

Attorneys for RICHARD C. HENNING, Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD C. HENNING,<br>　　　　Plaintiff,<br><br>vs.<br><br>FRY'S ELECTRONICS, INC.,<br>FAINBARG I LP, and DOES 1-20,<br>　　　　Defendants. | Case No. CV 12-6146 YGR<br><br>**DECLARATION OF RICHARD C. HENNING IN SUPPORT OF REQUEST /STIPULATION TO EXTEND TIME FOR DISCOVERY** |

I, RICHARD C. HENNING, declare as follows:

1. That I commenced an action against Fry's Electronics, via, my attorney on December 04, 2012 for ADA violations.
2. That for approximately 14 months I made myself available should Fry's Electronic wish to conduct discovery.
3. That no requests for discovery were forthcoming.

**EXHIBIT B**

Case No. CV 12-6146 YGR
1 | Page

4. That while I was waiting for Fry's Electronics to propound discovery I made reservations to visit a recreational destination that is special equipped to assist disabled person with exercise, recreation, and participation in sports.

5. That these reservations and travel tickets are prepaid.

6. That no discovery being propounded or notice of any scheduled discovery to be propounded, I left town on February 09, 2014.

7. That my reservations at this recreational destination are to be until April 27, 2014 and my prepaid return ticket is for that date.

8. That I cannot get exercise and recreation at my house in Los Gatos because I do not drive due to my disability and public transportation is very limited.

9. That because I cannot get exercise and recreation at my home in Los Gatos I feel as though my life in Los Gatos is similar to that of a prison.

10. That it would be a great financial burden and extremely stressful for me to cancel my stay at this time and return to my home in Los Gatos for participation in discovery in my case.

11. That I feel it is unfair at this point for me to have made myself available for discovery for such a long period of time to have to leave the recreational facility that I am present for exercise and stress reduction sports and recreation.

12. That my attorneys learned about the oncoming deposition only approximately a week ago on February 18, 2014, after I had already left.

13. That my attorneys learned about the Interrogatories and Request for Production of Documents only on February 21, 2014, when they were personally served with the discovery documents.

14. That had I know of any discovery to be propounded or had any notice thereof I would have made arrangements to be available to participate in that discovery and would not have left town.

15. That I feel it is fair that the court grant a 3 months extension in time for discovery for me to participate in discovery because Fry's Electronics waited until the last minute to make a request after a 14 month delay.

I declare the above statement to be true and correct except to those matters stated upon information and belief and as to those matters I believe them to be true to the best of my

Case No. CV 12-6146 YGR
2 | P a g e

knowledge, and so declare under penalty of perjury and under the laws of the State of California, on February 26, 2014, in Ketchum, Idaho.

                  *date*                  *city*                  *state*

*/s/ Richard C. Henning*
Plaintiff Richard C. Henning

Case No. CV 12-6146 YGR
3