Irene Karbelashvili (SBN 232223)
12 South First Street, Suite 413
San Jose, CA 95113
Telephone: (408) 295-0137
Facsimile: (408) 295-0142

Kenneth J. Pinto (SBN 221422)
12 South First Street, Suite 713
San Jose, CA 95113
Telephone: (408) 289-1765
Facsimile: (408) 289-1754

Attorneys for Plaintiff
RICHARD C. HENNING

Samuel L. Phillips (SBN 127793)
BORTON PETRINI, LLP
95 South Market Street, Suite 400
San Jose, CA 95113
Telephone: (408) 535-0870
Facsimile: (408) 535-0878
Email: sphillips@bortonpetrini.com

Attorney for Defendants
FRY'S ELECTRONICS, INC., and FAINBARG I LP

FILED
MAY 27 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD C. HENNING,

Plaintiff,

vs.

FRY'S ELECTRONICS, INC.; FAINBARG I LP; AND DOES 1-20

Defendants.

**Case No.: CV12-6146 HRL**

**Assigned to Hon. Howard R. Lloyd**

**SECOND JOINT STIPULATION AND ~~(PROPOSED)~~ ORDER RE EXTENSION OF DEADLINES IN THE CASE MANAGEMENT ORDER**

(RE: DKT. 33)

\\\

\\\

\\\

Pursuant to Local Rules 6-2, 7-12 and 16-2(e), Plaintiff RICHARD C. HENNING ("Plaintiff") and Defendants FRY'S ELECTRONICS, INC. ("Fry's") and FAINBARG I LP ("Fainbarg") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree to a ten (10) day extension of certain deadlines in the Court's Case Management Order. This is the second stipulation to extend dates in this case.

The reason for the continuance is that the Plaintiff has requested an extension of time to and including June 2, 2014 to respond to pending discovery that was originally served on **February 21, 2014.** The parties had previously agreed by Joint Stipulation that Plaintiff's response to pending discovery would be due on May 21, 2014. (See the Joint Stipulation and Order re Extension of Deadlines in the Case Management Order filed by the Court on March 31, 2014.) In light of Plaintiff's requested extension, without the corresponding 10-day extensions noted below, Defendants will be prejudiced in their ability to defend the case since Plaintiff's discovery responses would be received within less than 30 days of the existing fact discovery cut-off date which is June 30, 2014. The fact discovery necessarily impacts the opinions and reports of Defendants' experts and therefore the expert deadlines applicable to Defendants must also be extended by 10 days. See Exhibit A, Declaration of Samuel L. Phillips, attached hereto in support of this Joint Stipulation.

Therefore, the Parties agree that the following deadlines in the Case Management Order shall be extended by ten (10) days as follows:

Fact discovery cutoff for Defendants only:   **July 10, 2014.**

Designation of expert with reports for Defendants only: **July 25, 2014**

Designation of rebuttal experts with reports for Defendants only:  **August 11, 2014**

Expert discovery cutoff for Defendants only:  **September 9, 2014**

In addition, pending discovery shall be due as follows:

Plaintiff's Response to Fry's Request for Production of Documents is due: **June 2, 2014**

Plaintiff's Response to Fry's Special Interrogatories Set One is due: **June 2, 2014**

Plaintiff's Deposition shall occur between the dates of **June 16 and June 27.**

All other dates in the Joint Stipulation and Order re Extension of Deadlines in the Case Management Order filed by the Court on March 31, 2014 remain the same.

**THE PARTIES SO STIPULATE TO THE EXTENSION OF DEADLINES SET FORTH ABOVE.**

Dated: May 21, 2014

LAW OFFICE OF IRENE KARBELASHVILI

By /s/
Irene Karbelashvili
Attorney for Plaintiff
RICHARD C. HENNING

Dated: May 21, 2014

LAW OFFICE OF KENNETH J. PINTO

By /s/
Kenneth J. Pinto
Attorney for Plaintiff
RICHARD C. HENNING

Dated: May 21, 2014

BORTON PETRINI, LLP

By [signature]
SAMUEL L. PHILLIPS
Attorney for Defendants
FRY'S ELECTRONICS, INC. and FAINBARG I LP.

**PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, THE COURT EXTENDS THE DEADLINES SET FORTH ABOVE.**

Dated: 5/27/2014

[signature]
The Hon. Howard R. Lloyd
Magistrate Judge
United States District Court
Northern District of California