UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD C. HENNING,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FRY'S ELECTRONICS, INC.;<br>FAIRNBARG I LP,<br><br>　　　　Defendants. | Case No.  5:12-cv-06146 HRL<br><br>**ORDER RE PARTIES' MOTIONS IN LIMINE**<br><br>[Re: Dkt. 70, 71, 73] |

For the reasons discussed at the March 3, 2015 final pretrial conference, the court rules on the parties' respective motions in limine as follows:

Plaintiff's Motion in Limine No. 1 to exclude witnesses from the court and to preclude witnesses from discussing their testimony with one another is GRANTED. Fed. R. Evid. 615.

Plaintiff's Motion in Limine No. 2 to exclude evidence defendants did not produce in discovery is GRANTED IN PART AND DENIED IN PART. The motion is DENIED with respect to documents that defendants offered for inspection during discovery, namely (1) architectural plans and building permits for the Fry's Campbell store; and (2) invoices for improvements completed at that store in 2013. The motion is otherwise GRANTED as to any other matters that defendant did not produce in discovery. Fed. R. Civ. P. 37(c)(1).

Defendants' Motion in Limine No. 1 to exclude all evidence and testimony of any witness plaintiff did not produce in discovery is GRANTED. Fed. R. Civ. P. 37(c)(1).

1   Defendants' Motion in Limine No. 2 is DENIED AS MOOT because all parties have
2   waived a jury trial.
3   Defendants' Motion in Limine No. 3 to exclude witnesses from the courtroom is
4   GRANTED.  Fed. R. Evid. 615.
5   Defendants' Motion in Limine No. 4 to preclude evidence concerning any other lawsuit in
6   which defendants were or are named is GRANTED.  Additionally, plaintiff and his witnesses are
7   precluded from testifying about, or inferring that, in the past, defendants may have been a party to
8   any lawsuit or involved in any other alleged incidents.  Fed. R. Evid. 401, 402, 403, 404(b)(1).
9   **SO ORDERED**.
10  Dated:   March 3, 2015

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:12-cv-06146-HRL Notice has been electronically mailed to:

Anthony Zand    azand@bortonpetrini.com

Irene Lenislav Karbelashvili    irene@irenelawoffice.com

Samuel Lawrence Phillips    sphillips@bortonpetrini.com

Theresa Ilze McFarland    tim@i.frys.com

William H. Curtis    whc@foleymcintosh.com