UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD C. HENNING,<br><br>    Plaintiff,<br><br>v.<br><br>FRY'S ELECTRONICS, INC.;<br>FAIRNBARG I LP,<br><br>    Defendants. | Case No. 5:12-cv-06146 HRL<br><br>**ORDER REFERRING PARTIES TO JUDGE GREWAL FOR A FURTHER SETTLEMENT CONFERENCE** |

    The parties are directed to contact Judge Grewal's courtroom deputy, Oscar Rivera (408-535-5378) to schedule a further settlement conference to take place prior to August 3, 2015.

    SO ORDERED.

Dated: March 3, 2015

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:12-cv-06146-HRL Notice has been electronically mailed to:

Anthony Zand     azand@bortonpetrini.com

Irene Lenislav Karbelashvili     irene@irenelawoffice.com

Samuel Lawrence Phillips     sphillips@bortonpetrini.com

Theresa Ilze McFarland     tim@i.frys.com

William H. Curtis     whc@foleymcintosh.com